**CAMPBELL & COOMBS, P.C.**
1811 South Alma School, Suite 225
Mesa, Arizona 85225
(480) 839-4828
facsimile: 480-897-1461

Harold E. Campbell
State Bar No. 005160
Ryan M. Hicks
State Bar No. 026016
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CLIFF BARTHOLOMEW and CINDY BARTHOLOMEW, husband and wife<br><br>Plaintiffs,<br>v.<br><br>FIRST FEDERAL CREDIT CONTROL, an Ohio corporation, SERVICES INCORPORATED, a Delaware corporation, and DIABETIC CARE SERVICES, INC., an Ohio corporation,<br><br>Defendants. | Case No. 2:10-cv-1597 |

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that Cliff and Cindy Bartholomew, by and through undersigned counsel, hereby voluntarily dismiss their Complaint in the above referenced case, with prejudice.

DATED: this 15th day of September 2010

CAMPBELL & COOMBS PC

By: /s/ Ryan M. Hicks # 026016
    Ryan M. Hicks
    Attorney for Plaintiffs